IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAVON HARGETT, SHELBY WOODS, and FELECIA WRIGHT<br><br>    Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., and MITCHELL RUBENSTEIN & ASSOCIATES, P.C.,<br><br>    Defendants | Civil Action No.: 1:14-cv-2114-TFH |

## NOTICE OF SETTLEMENT

Plaintiffs, Tavon Hargett, Shelby Woods, and Felicia Wright ("Plaintiffs") by and through undersigned counsel, hereby provide notice to the Court that a settlement agreement between Plaintiffs and Defendant NCO Financial Systems, Inc. ("NCO") has been reached. Plaintiffs and NCO will prepare settlement documents and expect to file a Stipulation of Dismissal with Prejudice as to NCO within 60 days.

DATED:  November 20, 2015    Respectfully submitted,

                   /s/   Dean Gregory
                 Dean Gregory (Bar No. 1008846)
                 **LAW OFFICES OF DEAN GREGORY**
                 1717 K Street NW
                 Suite 900
                 Washington, D.C. 20006
                 Telephone: (202) 905-8058
                 Facsimile: (202) 776-0136
                 E-mail: dean@deangregory.com

                 *Attorney for PLAINTIFFS*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/    Dean Gregory
Dean Gregory