IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAVON HARGETT, ET AL.<br><br>*Plaintiffs;*<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., ET AL.<br><br>*Defendants.* | Civil Action No. 1:14-cv-2114-TFH |

## DISMISSAL WITH PREJUDICE

Plaintiffs Tavon Hargett, Shelby Woods, and Felecia Wright ("Plaintiffs") request this matter be dismissed with prejudice as all remaining claims have been compromised and settled with Mitchell Rubenstein & Associates. Each party to bear its own costs and attorneys' fees.

DATED: June 14, 2019

Respectfully submitted,

*Dean Gregory*

Dean Gregory (Bar No. 1008846)
**LAW OFFICES OF DEAN GREGORY**
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 804-8975
Facsimile: (202) 804-6675
Email: dean@deangregory.com

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on June 14, 2019, a copy of the foregoing *Notice of Dismissal* was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

*Dean Gregory*
Dean Gregory